FILED IN UNITED STATES DISTRICT COURT, DISTRICT OF UTAH
JUN 12 2018
D. MARK JONES, CLERK
BY ______
DEPUTY CLERK

# United States District Court

District of Utah

Alicia Kesler
V.
Countrywide Home Loans, et al

**ORDER ON APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES**

Case Number: 2:18-cv-00469-RJS

Having considered the application to proceed without prepayment of fees under 28 U.S.C. 1915;

IT IS ORDERED that the application is:

☑ GRANTED.

☐ DENIED, for the following reasons:

ENTER this 12th day of June, 2018

Evelyn J. Furse
*Signature of Judicial Officer*

Evelyn J. Furse, U.S. Magistrate Judge
*Name and Title of Judicial Officer*