**Case #2:18-cv-00469-RJS-BCW**          F D C   U T A H

IN THE UNITED STATES DISTRICT COURT FOR UTAH

351 SOUTH WEST TEMPLE ROOM 1.100

SALT LAKE CITY UTAH 84101

FILED
U.S. DISTRICT COURT
2018 SEP -5  P 1:58
DISTRICT OF UTAH
BY:
DEPUTY CLERK

| ALICIA KESLER, and CLASS, PLAINTIFF and FIRST RELATOR, and UNITED STATES OF AMERICA v. COUNTRYWIDE HOME LOANS, et al. | CIVIL ACTION NO. 2:18-cv-00469-RJS-BCW MOTION FOR SCHEDULING |
|---|---|

MOTION FOR SCHEDULING

§ JURY TRIAL REQUESTED

RACKETEERING INFLUENCED CORRUPT ORGANIZATION NOTED

Alicia Kesler, pro se, qui tam

5313 West Vista Peak Drive

West Jordan, Utah 84081

801.759.6657

aliciakesler@yahoo.com

https://weputthelimeinthecoconut.weebly.com/toomanytargets.html

Naturally, we are in opposition to Hilary's repeated MTD. As we replied to to the first MTD, and further commented expansively on the issue within our FAC, the motion is not in order.

Under the RICO procedures, conspirators do not decide to dismiss complaints against themselves. Jeffery Sessions has that responsibility, and Jeffery is disinclined today.

I'd like to take a moment to digress just a bit and review with the Court a very plain and blunt history of our matter. On 13 May 2002, Alicia Kesler financed her house for $156,800 through Countrywide Home Loans, and trustee eTitle, a subsidiary operation of Scott Lundberg. On September 25, 2017, Alicia's house was sold at public auction by her trustee, eTitle, a subsidiary of Scott Lundberg, to RM Associates, a casual associate of Scott Lundberg, for $241,700.

Alicia received $3,000 of the excess sale proceeds over the collateral value by then of $233,800. This transaction was certified by County Property Clerk Office, challenged, reviewed and confirmed in Utah Third District Court. This transaction locked in Alicia's loss in equity value of ~$107,000, which amount we have requested to be confirmed by a special master from the Mortgage Fraud Task Group, established in 2012. These requested resources have not been made available to us. By our own accounting, The RICO association has received an offsetting cash profit of ~$107,000, an interest payment flow that is unaccounted, and a house currently valued for tax purposes of $288,000, currently listed at $349,500, for a total enrichment to the group of conspirators greater than $475,000. Alicia represents a CLASS of individuals in the United States, estimated at 600,000 in 2017, ~1,644 people per day, who have been so victimized. During this action, Alicia has become aware of Angel and Angela Rivera, and CLASS, v. SPS, and has joined her action with theirs, and notified both courts. This is our story.

I'm attaching a picture of Alicia's house after her eviction by lawful authorities on 26 September 2017. It is not Alicia's house any more. We contend that the people who have possession of the house do not legally own the property.

PNC seems unaware of their ownership interest of this property as a result of the bankruptcy of FFC and NCB. They have not responded to our complaint, and stand mute. SPS presents themselves as a debt collector, but are unaware, or less than forthcoming, of to whom exactly they send money. Gary Ott and Greg Ott seem to have some private arrangement for tansferring property, all over America, between themselves, using SPS and SLC Clerk's Office. A large number of property transfers are recorded in Salt Lake County, far exceeding the number of actual properties in the county. It's like counting voters in Otumba, Wyoming. There just aren't that many people who live there. Scott Lundgren acts as trustee in many ways, including running a real estate company and a title insurance company. Real estate is a pretty good business in America, though the number of players is constantly shrinking, both

https://weputthelimeinthecoconut.weebly.com/toomanytargets.html

due to bankruptcy and poor management. Since our case has been filed, Shellpoint and their wholly owned subsidiary, New Penn Financial, have been wholly acquired by New Residential Investments (NRZ), a public corporation in America, heavily funded by Global Investment Securities, a division of Fortress.

Jeffery Sessions remains indisposed, so we continue in his behalf.

We are ready to take our private civil action before a jury, in ten days. We have no criminal concerns that we have not referred to lawful authority. We have discovered all we care to discover, and have submitted all our exhibits to the court on electronic media. The attached CD is a complete update, comprising our most recent research, including for instance much source material from the McGinniss v. AHMSI case. We have met and conferred with no one. Our opponents stand mute. Hilary is not so mute, but may be a bit deranged, I suggest we have a brief ADR meeting, by order of the Court, take attendance, meet and confer with any interested parties, and proceed to trial.

This is our proposed schedule Under Rule 16-

0900-1000   Examine and Seat Jury

1000-1200   Opening Statement - KESLER

1200-1300   Lunch

1300-1400   Rebuttal – DEFENDANTS LEAD COUNSEL

1400-1630   Witnesses- presentation, examination and cross

1630-1700   Deliberation and Verdict

These matters will be argued and tried before a jury.

Sworn to and attested this date by-

By  /s/ Alicia Kesler                                    31 AUGUST 2018
     A FRIVOLOUS LADY IN UTAH

                                        Alicia Kesler, pro se, qui tam USAG

                                        5313 West Vista Peak Drive / West Jordan, Utah 84081

https://weputthelimeinthecoconut.weebly.com/toomanytargets.html

**Case #2:18-cv-00469-RJS-BCW**         F D C   U T A H

801.759.6657 / aliciakesler@yahoo.com

NOTE: After close and continuing conference with Alicia Kesler, this MOTION FOR SCHEDULING has been prepared by Dave McCrae, of 350 Cee Run, Bertram Texas 78605, in full accord with her wishes and her instruction. Her electronic and physical signatures are affixed, and this document is printed locally in Bertram Texas, served to all parties, mailed to ALICIA KESLER for personal signing, and hand delivered to the court. Some parties have e-mail. I live 1000 miles from Salt Lake City, and Alicia and I do not visit regularly. This is the method we have chosen to communicate, for the convenience of the court, and of all parties. Alicia has never received a document with a personally affixed signature from any of these DEFENDANTS, and does not expect to. Dave McCrae is available to conference with the Court at any time by telephone, e-mail or via personal appearance at FDC Western Texas-Austin, or FBI Field Office – Austin.

https://weputthelimeinthecoconut.weebly.com/toomanytargets.html

**Case #2:18-cv-00469-RJS-BCW**             F D C   U T A H

## CERTIFICATE OF SERVICE

I certify that on <u>31 AUGUST 2018</u> this ACTION

was served on opposing counsel by USPS /email in accordance with the rules.

| for<br><br>1.0 SCOTT LUNDBERG ASSOCIATES<br><br>1.1 J. SCOTT LUNDBERG<br><br>1.2 ETITLE INSURANCE<br><br>1.3 LORI KING<br><br>Hilary D. McCormack /<br>hilary.mccormack@lundbergfirm.com (NOTE: EMAIL BLOCKED)<br><br>Michael D. Zillies /<br>litigationdept@lundbergfirm.com<br><br>3269 South Main Street #100<br><br>Salt Lake City, Utah 84115 | For<br><br>2.0 PNC FINANCIAL SERVICES<br><br>One Time Owner by Acquisition of<br><br>National City Mortgage Loan Trust 2005-1<br><br>222 Delaware Avenue<br><br>Wilmington Delaware 19899 |
|---|---|
| For<br><br>3.0 SELECT PORTFOLIO SERVICING,<br><br>3.1 GREG OTT<br><br>Scott D. Hansen<br><br>scott.hansen@stoel.com<br><br>Stoel Rives<br><br>201 South Main Street #1100<br><br>Salt Lake City Utah 84111-4904 | For<br><br>4.0 CHARLES BROWN & ASSOCIATES, PLLC,<br><br>DBA dOCsOLUTION, INC.<br><br>2316 Southmore Avenue, Pasadena, TX 77502 |

https://weputthelimeinthecoconut.weebly.com/toomanytargets.html

**Case #2:18-cv-00469-RJS-BCW**           F D C   U T A H

| For | For |
|---|---|
| 5.0 NEW RESIDENTIAL (NRZ) <br><br> 5.1 MTGLQ INVESTORS <br><br> Chandler P. Thompson (USB # 11374), and <br><br> Alan P. Hurst (USB # 15637) <br><br> <u>chandler.thompson@akerman.com</u> <br><br> alan.hurst@akerman.com <br><br> Akerman, LLP <br><br> 170 South Main, Ste 725 <br><br> Salt Lake City, Utah 84101-1648 | 6.0 THE TRUSTEE COMPANY <br><br> PO Box 10826 / Greenville, SC 29603-0826. |
| **For** <br><br> 8.0 RM LIFESTYLES <br><br> 11455 S. 3420 West <br><br> South Jordan, Utah 84095 | **For** <br><br> WALL AND WALL have not been summoned and remain unrepresented. |

/s/ Alicia Kesler            DATE  <u>13 August 2018</u>

Alicia Kesler, pro se, qui tam USAG 5313 West Vista Peak Drive West Jordan, Utah 84081

801.759.6657 aliciakesler@yahoo.com

This is a civil action FOR CIVIL RECOVERY ONLY. Any discovery of specific criminal activity of Defendants will be referred to Law Enforcement or Grand Jury in SALT LAKE COUNTY, UTAH, USA, The United Sates Department of Justice, or the United States Security and Exchange Commission, as appropriate.

https://weputthelimeinthecoconut.weebly.com/toomanytargets.html

# NOTICE OF STORED PROPERTY

**ALICIA D KESLER AND ALL OTHER FORMER OCCUPANTS OR PARTIES CLAIMING PROPERTY**
7508 WEST PERENNIAL DRIVE
MAGNA, UT 84044

**YOU AR HEREBY NOTIFIED** that an Order of Restitution was served and lockout was completed on real property located at 7508 WEST PERENNIAL DR. MAGNA, UT 84044 ("Property") on JANUARY 03, 2018.   Please be advised that personal property was left at the property and is now being stored by the property Owner. The Property Owner has completed an inventory of the personal property left at the Property (Photo/video list).

Pursuant to U.C.A. 78B-6-812, you may recover your personal property by JANUARY 18, 2018, <u>fifteen days from JANUARY 03, 2018.</u> To obtain your property, you may need to tender payment of the reasonable moving and storage expenses that have been incurred by the Property Owner. Please be advised that you are not allowed to access the Property without the Property Owner's direct supervision. Please contact Ron Myers at 801-706-6667 to schedule a time to remove your personal property. If you are a third party and believe you are entitled to the personal property please contact Ron Myers at 801-706-6667.

If you do not recover the personal property by JANUARY 18, 2018, the property Owner, in its sole discretion, will either sell the personal property at a public sale; donate the property to charity or dispose of the property.

Please govern yourselves accordingly.

Dated this 3rd day of JANUARY, 2018

Owner: RM Lifestyles, LLC / Ron Myers

*This is the letter I recieved to pick up the Remaing things on my illegally forclosed Property —*
*The pictures are how I recieved my Property — I believe there are more Pictures of before & after — my Property was distroyed & alot stollen*



Sent from Yahoo Mail on Android

## Attachments

- 20180114_153237.jpg (8.49MB)
- 20180114_153243.jpg (8.48MB)

my personal property destroyed
&/or missing
after picture 1/14/18



Picture taken 1/3/18

400$ grill 2 years old
glass patio table 1 year old/gone
Solar light globe/Broken
Corner table with Decore on it/gone
Corner 3 teir shelf with yard decore
on it/shelf gone/Decore Broken



Sent from Yahoo Mail on Android

**Attachments**

- 20180115_072525.jpg (6.80MB)
- 20180115_072651.jpg (5.93MB)
- 20180115_072503.jpg (5.31MB)

Picture taken 1/3/18
Pool Frame/gone 800#   20.ft pool 3 years old
Double liner/400# additional liner



Sent from Yahoo Mail on Android

## Attachments

- 20180115_072525.jpg (6.80MB)
- 20180115_072426.jpg (4.99MB)

Picture taken 1/3/8

**Subject:** House

**From:** alicia kesler (aliciakesler@yahoo.com)

**To:** aliciakesler@yahoo.com;

**Date:** Friday, February 9, 2018 7:25 PM



Picture taken 1/3/18



Police Report filed on Property Damage

UPD11648 B