IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH – CENTRAL DIVISION

| ALICIA KESLER, | **ORDER ADOPTING REPORT & RECOMMENDATION DENYING PLAINTIFF'S MOTION FOR A SPECIAL MASTER** |
|---|---|
| Plaintiff, | |
| v. | Case No. 2:18-CV-00469-RJS-BCW |
| COUNTRYWIDE HOME LOANS, et al., | Judge Robert J. Shelby |
| Defendants. | Magistrate Judge Brooke C. Wells |

Plaintiff Alicia Kesler filed this consumer fraud case against numerous Defendants following the foreclosure and sale of her home.[1] The court referred the case to Magistrate Judge Brooke C. Wells pursuant to 28 U.S.C. § 636(b)(1)(B).[2] Kesler then moved for the appointment of a special master pursuant to Rule 53, Federal Rules of Civil Procedure.[3] On July 10, 2018, Judge Wells filed a Report & Recommendation in which she recommends that the court deny Kesler's Motion.[4] In the Report & Recommendation, Judge Wells noted that copies of it "are being sent to [Kesler] who is hereby notified of her right to object. Within fourteen (14) days after being served with a copy, [Kesler] may serve and file written objections to such proposed findings and recommendations . . . . Failure to object may consist a waiver of objections upon subsequent review."[5]

To date, no party has filed an objection to this Report & Recommendation. And having reviewed the relevant materials, the court finds the reasons reasoning set forth in the Report &

---

[1] Complaint, Dkt. 3.

[2] Dkt. 6.

[3] Dkt. 7.

[4] Dkt. 15.

[5] *Id.* at 3.

Recommendation to be entirely correct. The court adopts the Report & Recommendation, and DENIES the Motion for Appointment of Special Master.[6]

SO ORDERED this 17th day of September, 2018.

BY THE COURT:

ROBERT J. SHELBY
United States District Judge

---

[6] Dkt. 7. It appears Kesler filed another, substantially similar, Motion for Appointment of a Special Master on August 13, 2018. (Dkt. 40.) Judge Wells denied this Motion in an Order, rather than filing a Report & Recommendation, on August 27, 2018. (Dkt. 50.)