### IN THE UNITED STATES DISTRICT COURT FOR THE

### DISTRICT OF UTAH

| | |
|---|---|
| ALICIA KESLER, <br><br> Plaintiff, <br><br> v. <br><br> COUNTRYWIDE HOME LOANS, et al., <br><br> Defendants. | **ORDER DISMISSING CASE WITHOUT PREJUDICE** <br><br> Case No. 2:18-cv-469 <br><br> Chief District Judge Robert J. Shelby <br><br> Magistrate Judge Brooke C. Wells |

On March 20, 2019, the court issued an Order to Show Cause[1] directing Plaintiff Alicia Kesler to establish why her Amended Complaint[2] should not be dismissed for failure to effect service on Defendants.  The court ordered Kesler to provide proof that she lawfully and timely served all Defendants within ninety (90) days after filing her Amended Complaint.  Kesler was further ordered to provide this proof to the court by no later than 5:00 p.m. on March 27, 2019. The court notified Kesler in its Order that any failure to timely respond by the specified date and time with the requested proof of lawful and timely service would result in dismissal of the case without prejudice.  Kesler has not provided proof of lawful and timely service by the specified date and time.  The court therefore dismisses Kesler's Amended Complaint without prejudice. As there is no longer an active complaint, all pending motions are denied without prejudice as Moot.  The Clerk of Court is directed to close the case.

---

[1] Dkt. 95.

[2] Dkt. 16.

SO ORDERED this 28th day of March, 2019.

BY THE COURT:

_____

ROBERT J. SHELBY
United States Chief District Judge