# IN THE UNITED STATES DISTRICT COURT FOR THE

# DISTRICT OF UTAH

| | |
|---|---|
| ALICIA KESLER,<br><br>    Plaintiff,<br><br>v.<br><br>COUNTRYWIDE HOME LOANS, et al.,<br><br>    Defendants. | **JUDGMENT IN A CIVIL CASE**<br><br>Case No. 2:18-cv-469<br><br>Chief District Judge Robert J. Shelby<br><br>Magistrate Judge Brooke C. Wells |

    IT IS HEREBY ORDERED that judgment is entered in favor of Defendants based on Plaintiff Alicia Kesler's failure to provide proof of lawful and timely service under Federal Rule of Civil Procedure 4(m).

    SO ORDERED this 28th day of March, 2019.

BY THE COURT:

_____
ROBERT J. SHELBY
United States Chief District Judge