IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| ALICIA KESLER,<br><br>Plaintiff,<br><br>v.<br><br>COUNTRYWIDE HOME LOANS et al.,<br><br>Defendants. | **ORDER GRANTING EXTENSION OF TIME**<br><br>Case No. 2:18-cv-00469<br><br>Chief Judge Robert J. Shelby |

On April 20, 2020, the court entered an Order in which it granted Plaintiff thirty (30) days to file her Amended Complaint or file a new complaint in this case.[1] On May 18, 2020, Plaintiff filed a Motion for Extension of Time, asking for an additional sixty (60) days to comply with the court's April 20 Order.[2]

For good cause appearing, Plaintiff's Motion[3] is GRANTED.  Plaintiff has sixty (60) days from the date of this Order to file her Amended Complaint or file a new complaint in this case.  The court reminds Plaintiff that if she fails to file a complaint within sixty (60) days, this case will be dismissed.

**SO ORDERED** this 20th day of May 2020.

BY THE COURT:

_____
ROBERT J. SHELBY
United States Chief District Judge

---

[1] Dkt. 114.
[2] Dkt. 115.
[3] Dkt. 115.