Chandler P. Thompson (USB # 11374)
Alan M. Hurst (USB #15637)
**AKERMAN LLP**
170 South Main Street, Suite 725
Salt Lake City, Utah 84101-1648
Telephone: 801.907.6900
Facsimile: 801.355.0294
Email: chandler.thompson@akerman.com
Email: alan.hurst@akerman.com

*Attorneys for Defendant New Penn Financial LLC d/b/a Shellpoint Mortgage Servicing, MTGLQ Investors and Stephanie Wessel*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| ALICIA KESLER, and CLASS PLAINTIFF and FIRST REALTOR, pro se, qui tam pro domino rege quam pro se ipso in hac parte sequitur,<br><br>Plaintiff,<br><br>v.<br><br>COUNTRYWIDE HOME LOANS; SCOTT LUNDBERG ASSOCIATES; J. SCOTT LUNDBERG; ARGENT MORTGAGE; BACKMAN STEWART TITLE CORPORATION; FIRST FRANKLIN FINANCIAL CORPORATION; FIDELITY NATIONAL TITLE; PNC FINANCIAL SERVICES GROUP, One Time Owner by Acquisition of National City Mortgage Loan Trust 2005-1; FIRST AMERICAN TITLE; SELECT PORTFOLIO SERVICING; ANGELA ATENA; GREG OTT; GARY OTT; CHARLES BROWN & ASSOCIATES, PLLC dba dOCsOLUTION, Inc.; eTitle INSURANCE; and SHELLPOINT, LLC; and MTGLQ INVESTORS; NEW PENN FINANCIAL, LLC dba SHELLPOINT MORTGAGE SERVICING; STEPHANIE | **SHELLPOINT MORTGAGE SERVICING, MTGLQ INVESTORS, And STEPHANIE WESSEL'S REPLY IN SUPPORT OF MOTION TO DISMISS AMENDED COMPLAINT**<br><br>Case No. 2:18-cv-00469-RJS-DAO<br><br>Judge Robert J. Shelby<br><br>Magistrate Judge Daphne A. Oberg |

WESSEL; KEVIN MORAN; MARISSA RAMSEY; THE TRUSTEE COMPANY; and; LUNDBERG & ASSOCIATES, PC; RM LIFESTYLES; and JOHN DOE or MARY ROWE,

Defendants.

Defendants NewRez LLC f/k/a New Penn Financial LLC d/b/a Shellpoint Mortgage Servicing, MTGLQ Investors LP, and Stephanie Wessel (the **Shellpoint defendants**) reply to Alicia Kesler's opposition (ECF No. 126) to their motion to dismiss (ECF No. 122).

**ARGUMENT**

The Shellpoint defendants' motion to dismiss argues that the complaint fails to state a claim against them: It does not mention the Shellpoint defendants and they were apparently not involved in the foreclosure and eviction that allegedly caused Ms. Kesler's damages. (ECF No. 122 at 3–4.) Ms. Kesler's opposition does not dispute these arguments. Instead it argues 12(b)(6) motions cannot be used to dismiss complaints, but only counterclaims, and that Shellpoint is a foreign banking entity unlawfully doing business in the United States.

Ms. Kesler is mistaken. Rule 12(b) allows "a party" to assert certain defenses "by motion," including the defense of "failure to state a claim." It is not limited to counterclaims.

Further, Shellpoint is not a foreign banking institution; it is a Delaware limited liability company as can be verified through publicly available government record searches.[1] But even if

[1] Delaware's search is at https://icis.corp.delaware.gov/ecorp/entitysearch/namesearch.aspx, and Utah's search is at https://secure.utah.gov/bes/. Searching for Shellpoint's legal name NewRez LLC indicates it is a Delaware LLC. The Court may take judicial notice of this fact because it "can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned." FED. R. EVID. 201(b)(2); *see also Smallen v. W. Union Co.*, 950 F.3d 1297, 1305 (10th Cir. 2020) (courts may consider matters subject to judicial notice on a motion to dismiss).

Shellpoint were a foreign banking institution violating federal banking law, that fact is irrelevant to Ms. Kesler's complaint and would not give her a cause of action. Ms. Kesler still does not allege Shellpoint, MTGLQ, or Ms. Wessel ever interacted with her or harmed her in any way.

## CONCLUSION

Ms. Kesler's complaint should be dismissed with prejudice.

DATED this 28th day of September, 2020.

**AKERMAN LLP**

By: */s/ Alan M. Hurst*
Chandler P. Thompson
Alan M. Hurst
*Attorneys for Defendant New Penn Financial LLC d/b/a Shellpoint Mortgage Servicing, and MTGLQ Investors and Stephanie Wessel*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 28th day of September, 2020, I caused a true and correct copy of the foregoing **SHELLPOINT MORTGAGE SERVICING, MTGLQ INVESTORS, And STEPHANIE WESSEL'S REPLY IN SUPPORT OF MOTION TO DISMISS AMENDED COMPLAINT** to be filed via the Court's ECF system which provided electronic notice of such filing to all persons registered to receive notice in this case, and to be served on the following persons in the manner indicated below at the following addresses:

Hillary R. McCormack
LUNDBERG & ASSOCIATES, PC

Email: hillary.mccormack@lundbergfirm.com
Email: LitigationDept@Lundbergfirm.com

*Attorneys for Scott Lundberg Associates, J. Scott Lundberg, eTitle Insurance and Lundberg & Associates, PC*

Scott D. Hansen
STOEL RIVES

Email: scott.hansen@stoel.com

*Attorneys for PNC Financial Services Group, Select Portfolio Servicing and Greg Ott*

Alicia Kesler
P.O. Box 685
Magna, Utah 84044
Email: aliciakesler@yahoo.com

*Pro Se Plaintiff*

*/s/Doug J. Layne*



54741738;1